UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Tony Lewis | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-15098 |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this 30th day of April, 2019 upon consideration of the Motion of Tony Lewis, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 1617 Ringgold Street, Philadelphia, PA 19145 to "Francesco Accardo" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 1617 Ringgold Street, Philadelphia, PA 19145 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Buyer has not assumed any liabilities of the Debtors.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. The mortgage holder on the subject property shall be paid in full in order for the subject sale to take place.

9. The title agent shall pay the Debtor up to $13,100.00 directly after the mortgagee is satisfied.

10. Any remaining funds after the $13,100 is paid to the Debtor shall be sent to the Chapter 13 trustee for distribution to the Creditors.

11. Debtor shall provide the HUD1/Settlement sheet to the Chapter Trustee when the sale is complete.

FURTHER ORDERED:

*Magdeline D. C*——

J.